[No. 41008-3-I.    Division One.    April 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY BELL, JR.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00963-6, Charles V. Johnson, J., entered July 2, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 41782-7-I.    Division One.    April 27, 1998.]

*In the Matter of the Personal Restraint of* WILLIAM BROWER, *Petitioner*.

Petition for relief from personal restraint. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 15935-3-III.    Division Three.    April 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH R. COMESLAST, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-02260-1, Kathleen M. O'Connor, J., entered June 28, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 16000-9-III.    Division Three.    April 30, 1998.]

HANS B. HOFSTEE, *Appellant*, v. ALVIN DOW, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-02525-0, Neal Q. Rielly, J., entered August 7, 1996. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.